JS - 6

**FILED**
CLERK, U.S. DISTRICT COURT
JUN 08, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *National Lampoon, Inc.* | CASE NO. CV 16-0590-GHK (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Joseph E. LoConti, et al.* | |
| Defendants. | |

Pursuant to the Court's June 8, 2016 Order, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice for lack of personal jurisdiction over Defendants.

**IT IS SO ORDERED**.

DATED: June 8, 2016

_____
GEORGE H. KING
Chief United States District Judge